*HHN*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 08 CR 75 |
| ) | Judge Harry D. Leinenweber |
| MOHAMMAD SALEEM and ) | |
| SAQIB SALEEM ) | |

## PROTECTIVE ORDER

This Court hereby orders that the distribution of information produced by the government in this matter be limited to defense counsel and employees of defense counsels' firms directly involved in this matter. The Court prohibits defense counsel and employees of defense counsels' firms from: (1) allowing the defendants to maintain possession of any materials produced by the government in this case; and (2) making additional copies of any materials produced by the government in this case except for those copies specifically necessary for and used in connection with these court proceedings. The Court also prohibits defense counsel, the defendants, and members of defense counsels' firms directly involved in this matter from orally describing or giving copies of any information produced by the government in this case to any individual beyond this limited group. This prohibition extends to, among others, the defendants' family and friends.

In addition, the Court limits the review of information produced by the government by the defendants in this matter as follows: Defendants will be permitted to view information produced by the government in this matter at (1) the offices of their respective counsel in Chicago, Illinois as well as (2) the United States Attorney's Office for the Southern District of Ohio, Cincinnati office, in the presence of a government employee and defense counsel or their designated representative. Any representative of defense counsel will be informed of this Order and will abide by its conditions.

SO ORDERED:

_____
HARRY D. LEINENWEBER, Judge
United States District Court

DATED: 5/22/2008